UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 04-30003-MAP

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
MICHAEL PACHOLSKI,
    Plaintiff
v.

AIG INSURANCE COMPANY,
    Defendant
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE ABOVE NAMED COURT:

Please enter my appearance as attorney for the defendant, AIG LIFE INSURANCE COMPANY in the above-entitled action.

Respectfully submitted,

Richard J. Poliferno
Attorney for
AIG LIFE INSURANCE COMPANY
Long & Houlden
100 Summer Street, 11 FL
Boston, MA  02110
(617) 439-4777
BBO # 402120

DATE: 3/23/04

I hereby certify that a true copy of the above document was served upon each attorney of record by mail on March 23, 2004.