UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

MICHAEL PACHOLSKI,            )
       Plaintiff            )
                              )
                              )
      v.            )    Civil Action No. 04-30003-MAP
                              )
                              )
AIG INSURANCE COMPANY,            )
       Defendant            )

ORDER OF RECUSAL
April 21, 2004

NEIMAN, U.S.M.J.

     Pursuant to 28 U.S.C. § 455(a), I hereby disqualify myself in all proceedings related to the above-captioned matter.

                                                      /s/ Kenneth P. Neiman
                                                    KENNETH P. NEIMAN
                                                    U.S. Magistrate Judge