UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MICHAEL PACHOLSKI,<br>　　　　　Plaintiff<br><br>　　v.<br><br>AIG INSURANCE COMPANY,<br>　　　　　Defendant | )<br>)<br>)<br>)<br>)  Civil Action No. 04-30003-MAP<br>)<br>)<br>)<br>) |

NOTICE CANCELING HEARING
April 21, 2004

The initial scheduling conference, scheduled for May 19, 2004 is cancelled. The matter will be rescheduled before District Judge Michael A. Ponsor.

TONY ANASTAS, Clerk

By:　　/s/ Bethaney A. Healy
　　　　Bethaney A. Healy
　　　　Deputy Clerk

cc:　all counsel of record
　　　Plaintiff