```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
```

MICHAEL PACHOLSKI,            )
Plaintiff                     )
                              )
                  v.          ) CIVIL ACTION NO. 04-30003-MAP
                              )
AIG INSURANCE COMPANY,        )
Defendant                     )


<u>PRETRIAL SCHEDULING ORDER</u>

May 27, 2004

PONSOR, D.J.

Counsel for the defendant and plaintiff, <u>pro</u> <u>se</u>, appeared before this court for a pretrial scheduling conference on May 27, 2004. Based on representations made at the conference, the court orders as follows:

    1.  All non-expert discovery will be completed by November 27, 2004. In setting this deadline, the court intends that all interrogatories be served and all depositions noticed in time to insure that the discovery is <u>completed</u> by the deadline.

    2. On or before January 15, 2005, any party wishing to offer the testimony of an expert at trial will convey a report as required by Fed. R. Civ. P. 26(a)(2) to the other party.

    3.  The report of experts whose testimony may be offered to rebut experts disclosed previously will be conveyed to opposing parties by February 15, 2005.

    4. Any dispositive motions in this matter will be filed by March 30, 2005.

    5. Opposition to any dispositive motions will be filed by April 30, 2005.

    6.  Counsel will appear again before this court for argument on any pending dispositive motions on May 16, 2005 at 3:00 p.m.

    It is So Ordered.

                                      /s/ Michael A. Ponsor

```
                              MICHAEL A. PONSOR
                              United States District Judge
```