UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 04-30003-MAP

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
MICHAEL PACHOLSKI,
    Plaintiff,

V.

AIG INSURANCE COMPANY,
    Defendant.
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**CERTIFICATION**

Defendant, AIG INSURANCE COMPANY, hereby certifies that we have conferred with our attorney, Richard J. Poliferno:

(a)  with a view to establishing a budget for the costs of conducting the full course -- and various alternative courses -- of the litigation; and

(b)  to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

_____
Richard J. Poliferno, Esq.


AIG INSURANCE COMPANY

by: _____
    Myra Zimmerman