```
              UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MASSACHUSETTS
```

MICHAEL PACHOLSKI,            )
Plaintiff                     )
                              )
           v.                 ) CIVIL ACTION NO. 04-30003-MAP
                              )
AIG INSURANCE COMPANY,        )
Defendant                     )


               ORDER RE: FINAL PRETRIAL CONFERENCE

                          June 24, 2005

PONSOR, D.J.

   On May 27, 2004, the court established a schedule for completion of pretrial proceedings, including deadlines for filing of dispositive motions.  No such motions have been filed.  Based on this, the court orders as follows:

   1. The parties will appear again before this court
   for a final pretrial conference on August 11, 2005 at
   3:00 p.m.  At least five days prior to the conference
   the parties will file final pretrial memoranda in
   accordance with the attached order.  <u>Please note</u>:
   failure to file a final pretrial memo as ordered may
   result in default or dismissal.

   2.  The docket in this case reflects very little
   activity.  The court wishes to emphasize that any
   failure to comply with the Final Pretrial Order will
   result in dismissal of this action.

   It is So Ordered.

                              /s/ Michael A. Ponsor
                           MICHAEL A. PONSOR
                           United States District Judge