```
            UNITED STATES DISTRICT COURT
          FOR THE DISTRICT OF MASSACHUSETTS
```

MICHAEL PACHOLSKI,            )
Plaintiff                     )
                              )
            v.                ) CIVIL ACTION NO. 04-30003-MAP
                              )
AIG INSURANCE COMPANY,        )
Defendant                     )

## ORDER OF DISMISSAL

August 11, 2005

PONSOR, D.J.

On June 24, 2005, the court issued an Order Re: Final Pretrial Conference (Docket No. 14). At ¶ 2 the court indicated that because the docket reflected very little activity "any failure to comply with the Final Pretrial Order will result in dismissal of this action."

Despite this order, plaintiff indicated to defendant's counsel that he did not wish to participate in the preparation of the final pretrial memorandum and did not intend to attend the final pretrial conference. Through defense counsel, and through a message to the clerk's office, the plaintiff confirmed that he did not intend to pursue this action.

Based upon the plaintiff's failure, after notice of potential consequences, to comply with the court's orders and to comply with the Local Rules of this Court, the court hereby orders that this matter be dismissed. The case may now be closed.

It is So Ordered.

/s/ Michael A. Ponsor
MICHAEL A. PONSOR
United States District Judge